IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

JOHN HISEY,

    Plaintiff,

vs.    No. CIV 17-0972 JB/JHR

CEDRIC KING; JANE DOE KING and
WERNER ENTERPRISES, INC.,

    Defendants.

## FINAL JUDGMENT

    **THIS MATTER** comes before the Court on its Order Granting John Hisey and Werner Enterprises, Inc.'s Joint Motion to Dismiss, filed November 30, 2017 (Doc. 11)("Order"). The Court granted the parties' Joint Motion to Dismiss with Prejudice, filed November 30, 2017 (Doc. 10), dismissing with prejudice Plaintiff John Hisey's claims against Defendants Cedric King, Jane Doe King, and Werner Enterprises, Inc. and ordering that each party bear his, hers, or its respective costs and attorney's fees. See Order at 1. Because there are no longer any claims against any parties remaining in the case, the Court enters this Final Judgment under rule 58 of the Federal Rules of Civil Procedure.

    **IT IS ORDERED** that this action is dismissed with prejudice, and Final Judgment is entered.

_____
UNITED STATES DISTRICT JUDGE

- 2 -

*Counsel:*

Justin Henry
Levenbaum Trachtenberg, PLC
Albuquerque, New Mexico

    *Attorneys for the Plaintiff*

Carlos Rincon
Victoria del Campo
Valerie R. Auger
Yosef W. Abraham
Rincon Law Group, P.C.
El Paso, Texas

    *Attorneys for the Defendants*